```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1|8|08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
LIONEL PIPER,                            :
                         Petitioner,     :
                                         :     07 Civ. 9866
               -v-                       :     (DLC)(RLE)
                                         :
JOSEPH T. SMITH, Superintendent of Shawangunk  :    ORDER OF
Correctional Facility,                   :     REFERENCE TO A
                         Respondent.     :     MAGISTRATE JUDGE
                                         :
----------------------------------------X

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute*

    _____

    _____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

    _____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
     Purpose:

    _____

_X_  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)
     Particular Motion:

    _____

        SO ORDERED:

Dated:   New York, New York
         January 8, 2008

                                    _____
                                         DENISE COTE
                                    United States District Judge