

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

---

**ROBERT T. JOHNSON**  
*District Attorney*

198 East 161st Street  
Bronx, New York 10451

(718) 590-2156  
Fax 590-6523



February 25, 2008

Honorable Ronald L. Ellis  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1970  
New York, New York 10007

Re: <u>Lionel Piper v. Joseph T. Smith</u>,  
07 Civ. 9866 (DLC)(RLE)

Your Honor:

Our Office represents the respondent in the above-entitled <u>habeas corpus</u> proceeding. Our response to the <u>pro se</u> petition is currently due on March 7, 2008. Due to my workload and my unfamiliarity with the case, I respectfully request a sixty-day extension to May 6, 2008, to file the response.

Currently, I plan to file an appellate brief with the Appellate Division, First Department, by February 27, 2008. I am also responsible for filing another appellate brief in the First Department, and a response to another application for federal writ of <u>habeas corpus</u>.

Additionally, because I was not the Assistant who responded to petitioner's direct appeal, I require additional time to familiarize myself with the facts and the legal issues in the case.

This first request for an extension to March 7, 2008, is made in good faith, based upon my approximation of the time required to prepare an adequate response. Thank you for your time and consideration in this matter.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08 DS
```

Respectfully,

T. Charles Won  
Assistant District Attorney

*Application Approved*

**SO ORDERED**  
3-4-08  
MAGISTRATE JUDGE RONALD L. ELLIS

cc: Lionel Piper, DIN # 00-A-2884  
Shawangunk Correctional Facility  
P.O. Box 700  
Wallkill, New York 12589