UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LIONEL PIPER,
                        Petitioner,

        -v-                               07 Civ. 9866 (DLC)

JOSEPH T. SMITH, Superintendent,       MEMORANDUM OPINION
Shawangunk Correctional Facility,     AND ORDER
                    Respondents.
----------------------------------------X

DENISE COTE, District Judge:

    By order and judgment entered on January 13, 2011, Lionel Piper's (the "petitioner") petition for a writ of habeas corpus was denied and this action was dismissed. On March 11, 2011 the Court's Pro Se Office received a motion for an extension of time to file a notice of appeal pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure from the petitioner. For the following reasons, the petitioner's motion is granted.

## DISCUSSION

    Rule 4(a)(5) provides that in a civil case, a motion for an extension of time to file a notice of appeal must be filed no later than 30 days after the expiration of the 30 day period in which a petitioner may file a notice of appeal. Fed. R. App. P. 4(a)(1)(A), 4(a)(5)(A)(i). The Court "lacks [subject matter] jurisdiction to grant any extension motion that is not filed within Rule 4(a)(5)'s 30-day 'grace period.'" Cohen v. Empire Blue Cross & Blue Shield, 142 F.3d 116, 118 (2d Cir. 1998) (per

curiam). Furthermore, pursuant to Rule 4(a)(5)(A)(ii), a petitioner must show excusable neglect or good cause why such a motion should be granted.

The order dismissing Piper's petition was entered on January 13. Thus, the time in which Piper could file a notice of appeal as of right expired on or about Februay 13. Piper timely filed his motion for an extension of time to file a notice of appeal on March 11, within the thirty days permitted by Rule 4(a)(5)(A)(i). Additionally, since petitioner did not receive a copy of the January 13 Order until February 18 -- several days after the period in which he was entitled to file a notice of appeal had expired -- the petitioner has shown good cause or excusable neglect sufficient to grant the motion.

## CONCLUSION

The petitioner's motion for an extension of time to file a notice of appeal is granted. The petitioner's time to file a notice of appeal is extended fourteen days from the date of this order. See Fed. R. App. P. 4(a)(5)(C).

SO ORDERED:

Dated:   New York, New York
         April 11, 2011

_____
DENISE COTE
United States District Judge

COPIES SENT TO:

Lionel Piper
00-A-3102
Attica Correctional Facility
Box 149
Attica, NY 14011-1049